```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


IN RE:                            )    CASE NO: 11-41044-399
                                  )    CHAPTER 13
WARREN J ZELLER                   )
                                  )    Hearing Date: Apr 20, 2011
PAMELA L ZELLER                   )    Hearing Time: 11:00 AM
                                  )    Location: St. Louis, 5 North
               Debtor(s)          )


                     TRUSTEE'S MEMORANDUM REGARDING
                     CONFIRMATION OF 1ST AMENDED PLAN


     Comes now, John V. LaBarge, Jr., Standing Chapter 13 Trustee and
states he has no objections to confirmation of the  1st amended plan.



                                  /s/ John V. LaBarge, Jr.
                                  --------------------------------------
                                  John V. LaBarge, Jr.
                                  Chapter 13 Trustee
Date: June 15, 2011               P.O. Box 430908
                                  St. Louis, MO 63143    trust33@ch13stl.com
Thru Court's ECF or Mail to:      (314) 781-8100 Fax: (314) 781-8881

LEGAL HELPERS PC
515 OLIVE ST
STE 702
ST LOUIS MO  63101

KLW-463
```